No. 230. MINNESOTA MINING & MANUFACTURING CO. *v.* INDUSTRIAL TAPE CORP. C. A. 7th Cir. Certiorari denied. *George I. Haight, Harold J. Kinney* and *M. K. Hobbs* for petitioner. *Drury W. Cooper* for respondent.

No. 239. PENNSYLVANIA-CENTRAL AIRLINES CORP. *v.* DUSKIN, EXECUTRIX. C. A. 6th Cir. Certiorari denied. *Lowell W. Taylor* for petitioner. *R. G. Draper, Walter P. Armstrong* and *Benj. Goodman, Jr.* for respondent.

No. 78. TAUSSIG *v.* BARNES, U. S. DISTRICT JUDGE. C. A. 7th Cir. Certiorari denied. *Stephen A. Mitchell, Daniel M. Healy* and *Arthur Frankel* for petitioner. *Mural J. Winstin* and *Horace A. Young* filed a brief for Saxelby et al., as *amici curiae,* opposing the petition.

No. 102. ILLINOIS EX REL. TINKOFF ET AL. *v.* NORTH-WESTERN UNIVERSITY ET AL. Appellate Court of Illinois, First District. Certiorari denied.

No. 103. LOBAIDO *v.* MICHIGAN. Recorder's Court of the City of Detroit, Michigan; and

No. 104. LOBAIDO *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. *David W. Louisell* and *William G. Fitzpatrick* for petitioner. *Eugene F. Black,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 147. LINDENFELD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor*